JOSIAH FERRIS, APPELLANT, VS. WILLIAM H. FERRIS, APPELLEE.

Appellate practice—Omission of parties in appeal—Dismissal.
Where indispensably necesessary parties are omitted from an appeal, such appeal will be dismissed, *sua sponte*, by the court.

Appeal from the Circuit Court for Hillsborough County. _

G. A. *Hanson,* for Appellant.

F. M. *Simonton,* for Appellee.

PER CURIAM.

This cause having been reached in its regular order on the docket for final adjudication, was referred by the court to two of its commissioners Mess. Maxwell and Glen (Commissioner Hocker having decided the case below), for investigation, who report that indispensably necessary parties have been omitted from the appeal; and the court upon due consideration of the transcript of record finding their report to be correct, and that such omitted and necessary parties have in no manner been brought within the jurisdiction of this court, it is, therefore, considered, ordered and adjudged that the said appeal in said cause be, and the same is, hereby dismissed at the cost of the appellant.